

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00412-CR

| | | |
|---|---|---|
| Valeria Jo Fordjour a.k.a. Valeria Humphries Thomas | § | From Criminal District Court No. 1 |
| | § | of Tarrant County (1420829D) |
| | § | February 11, 2016 |
| v. | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
       Justice Lee Gabriel